UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JESSE TYRONE BUCHANAN, )<br>)<br>Movant, )<br>vs. )<br>)<br>UNITED STATES OF AMERICA ) | No. 1:10-cv-0314-WTL-TAB |

**Entry Discussing Request to Proceed on Appeal *In Forma Pauperis***

The movant seeks leave to proceed on appeal without prepayment of the appellate fees of $455.00. An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *See id.* There is no objectively reasonable argument the petitioner could present to argue that the disposition of this action was erroneous. (Rule 12(b)(3) of the *Federal Rules of Criminal Procedure* provides that a motion to dismiss an indictment based on an alleged lack of jurisdiction must be brought before trial and that a claim that an indictment does not invoke the court's jurisdiction may be brought while a case is pending.) In pursuing an appeal, therefore, the movant "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000). Accordingly, his appeal is not taken in good faith, and for this reason his request for leave to proceed on appeal *in forma pauperis* (dkt 11) is **denied.**

**IT IS SO ORDERED.**

Date: 05/05/2010

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Jesse Tyrone Buchanan
Reg. No. 04999-028
Federal Correctional Institution
P. O. Box 5000
Pekin, IL 61555-5000

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048